# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Frederic Windisch, | Civil Action No.:  2:18-cv-13367-RHC-APP |
| Plaintiff, | |
| v. | |
| Ally Financial, Inc., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 15, 2019

                                        Respectfully submitted,

                                        By   /s/ Sergei Lemberg_____

                                        Sergei Lemberg, Esq.
                                        LEMBERG LAW, L.L.C.
                                        43 Danbury Road, 3rd Floor
                                        Wilton, CT 06897
                                        Telephone: (203) 653-2250
                                        Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 15, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By  /s/ Sergei Lemberg
                                           Sergei Lemberg, Esq.